EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 1 2003

at 3 o'clock and __ min. __
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TYLER AMBROSE,<br><br>　　　　　Defendant. | CR. NO. CR 03-00205 HG<br><br>INDICTMENT<br><br>Count 1: 18 U.S.C. § 13 and<br>　H.R.S. § 708-836<br>Counts 2 & 3: 18 U.S.C. § 13<br>　and H.R.S. § 708-836.5<br>Count 4: 18 U.S.C. § 661 |

### INDICTMENT

#### COUNT 1
(18 U.S.C. § 13 and H.R.S. § 708-836)

The Grand Jury charges that:

On or about September 9, 2002, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely Haleakala National Park, defendant TYLER AMBROSE did intentionally and knowingly exert unauthorized control over another's propelled vehicle, to wit, a blue 2002 Dodge, four door sedan, bearing Hawaii license plate MJM-115, and registered to Dollar Rent a Car, by operating the vehicle without the owner's consent.

All in violation of Title 18, United States Code, Section 13 and Hawaii Revised Statute, Section 708-836.

### COUNT 2
(18 U.S.C. § 13, H.R.S. § 708-836.5)

The Grand Jury further charges:

On or about September 9, 2002, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely Haleakala National Park, defendant TYLER AMBROSE did intentionally and knowingly enter a motor vehicle, to wit, a 2002 Ford Taurus, bearing license plate MJD 154, without the owner's consent, with intent to commit a crime against property rights.

All in violation of Title 18, United States Code, Section 13 and Hawaii Revised Statute, Section 708-836.5.

### COUNT 3
(18 U.S.C. § 13, H.R.S. § 708-836.5)

The Grand Jury further charges:

On or about September 9, 2002, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely Haleakala National Park, defendant TYLER AMBROSE did intentionally and knowingly enter a motor vehicle, to wit, a 2002 Chevrolet, bearing license plate MJG 344, without the owner's consent, with intent to commit a crime against property rights.

All in violation of Title 18, United States Code, Section 13 and Hawaii Revised Statute, Section 708-836.5.

## COUNT 4
(18 U.S.C. § 661)

The Grand Jury further charges:

On or about September 9, 2002, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely Haleakala National Park, defendant TYLER AMBROSE did take and carry away, with intent to steal, the personal property of another, to wit, M.G.

All in violation of Title 18, United States Code, Section 661.

DATED: May 1, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. TYLER AMBROSE
Cr. No.        (Indictment)